1064

[No. 33210-1-III.  Division Three.  September 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS ARANDA-SARABIA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 13-1-50067-1, Bruce A. Spanner, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.

[No. 33829-1-III.  Division Three.  September 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK D. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-1-50146-1, Robert G. Swisher, J., entered October 13, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 73447-4-I.  Division One.  September 19, 2016.]

WANDA MONTGOMERY, *as Personal Representative*, *Respondent*, v. BREWHAHA BELLEVUE, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-40536-9, William L. Downing, J., entered April 10, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Appelwick, JJ.

[No. 74323-6-I.  Division One.  September 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH HAITHAM HELO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-02075-1, Linda C. Krese, J., entered November 20, 2015. *Dismissed* by unpublished per curiam opinion.